745 A.2d 540

VILMO DI PAOLO, PLAINTIFF–APPELLANT, v. PASSAIC COUNTY BOARD OF CHOSEN FREEHOLDERS, COUNTY OF PASSAIC, PETER EAGLER, INDIVIDUALLY AND AS FREEHOLDER, GEORGIA SCOTT, INDIVIDUALLY AND AS FREEHOLDER, LOIS CUCCINELLO, INDIVIDUALLY AND AS FREEHOLDER, JAMES GALLAGHER, INDIVIDUALLY AND AS FREEHOLDER, DEFENDANTS–RESPONDENTS, AND SEVERAL JOHN DOES AND JANE DOES, DEFENDANTS WHOSE PRESENT NAMES ARE UNKNOWN, DEFENDANTS.

PAT DIIANNI, GEORGE H. TRINKLE, III, AND THOMAS KAMPHAUSEN, AS TAXPAYERS, PLAINTIFFS, v. COUNTY OF PASSAIC AND PASSAIC COUNTY FREEHOLDERS, A BODY POLITIC OF THE STATE OF NEW JERSEY AND VILMO DI PAOLO AS AN INDISPENSABLE PARTY, DEFENDANTS.

Argued February 1, 2000—Decided March 1, 2000.

*James V. Segreto* argued the cause for appellant (*Segreto & Segreto,* attorneys).

*Matthew Malfa,* Assistant County Counsel, argued the cause for respondents (*William J. Pascrell, III,* Passaic County Counsel, attorney).

PER CURIAM.

The judgment is affirmed, substantially for the reasons expressed in Judge Collester's opinion of the Appellate Division, reported at 322 *N.J.Super.* 487, 731 *A.*2d 519 (1999).

*For affirmance*—Chief Justice PORITZ and Justices O'HERN, STEIN, COLEMAN, LONG, VERNIERO and LaVECCHIA—7.

*Opposed*—None.